Opinion issued July 21, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00209-CV

————————————

**RIAN WILLIAMS, Appellant**

**V.**

**CARMAX AUTO SUPERSTORES, INC. A/K/A CARMAX & EXETER FINANCE, LLC, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-81292**

---

## MEMORANDUM OPINION

Appellant Rian Williams attempts to appeal from an order signed February 4, 2026 granting the motion to stay proceedings and to compel arbitration filed by appellee Carmax Auto Superstores, Inc. a/k/a Carmax & Exeter Finance LLC. We dismiss the appeal.

An interlocutory order compelling arbitration is not separately appealable but may be reviewed after a final judgment is signed in the case. *See Chambers v. O'Quinn*, 242 S.W.3d 30, 32 (Tex. 2007). When a party attempts to appeal from an interlocutory order compelling arbitration, we lack jurisdiction except to dismiss the appeal. *See Omoregie v. TPS Will Clayton, LLC*, No. 01-25-00853-CV, 2026 WL 232803, at *1 (Tex. App.—Houston [1st Dist.] Jan. 29, 2026, no pet.).

On June 11, 2026, the Court notified appellant that we might dismiss the appeal unless appellant filed a response within 10 days establishing this Court's jurisdiction. No response was filed.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a),(c), 43.2(f). Any pending motions are dismiss as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.